# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Allstate Life Insurance Company (Appellee) v. Jeffrey Stillwell, Stillwell Financial Advisors, LLC and Theresa Francy (Appellants)

APPEAL FROM DISTRICT COURT:
District: New Jersey
D.C. Docket No.: 3:15-cv-08251-FLW-TJB
Date proceedings initiated in D.C.: November 23, 2015
Date Notice of Appeal filed: January 5, 2023
USCA No.: 23-1027

## COUNSEL ON APPEAL

**Appellant(s)**: Jeffrey Stillwell, Theresa Francy, Stillwell Financial Advisors, LLC
Name of Counsel: Andrew J. Shapren
Name of Party(ies): Jeffrey Stillwell, Theresa Francy, Stillwell Financial Advisors, LLC
Address: 50 S 16th Street, Suite 3200, Philadelphia, PA 19102
Telephone No.: (215) 665-8700
Fax No.: (215) 665-8760
E-mail: andrew.shapren@bipc.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: J. Scott Humphrey
Name of Party(ies): Allstate Life Insurance Company
Address: 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606-4637
Telephone No.: (312) 212-4949
Fax No.: (312) 767-9192
E-mail: shumphrey@beneschlaw.com

Name of Counsel: Daniel Meier
Name of Party(ies): Allstate Life Insurance Company
Address: 411 Hackensack Avenue, Suite 305, Hackensack, NJ 07601
Telephone No.: (201) 488-1013
Fax No.: (201) 488-1014
E-mail: dmeier@beneschlaw.com

Is this a Cross-Appeal?        Yes ✔        No ☐
Appeals Docket No.: 23-1127 (Appellee has filed a cross-appeal)

Was there a previous appeal in case?     Yes ☐    No ✔
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?    Yes ☐    No ☑
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
Yes ☐    No ☑

If you answered yes to either "a" or "b" please provide:
Case Name:_____
D.C. Docket No.:_____
Court or Agency:_____
Docket Number:_____
Citation, if reported:_____

## NATURE OF SUIT
**(Check as many as apply)**

1. FEDERAL STATUTES
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify:_____

2. TORTS
☐ ADMIRALTY

☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify:_____

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☑ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this __25th__ day of __January__, 20__23__.

Signature of Counsel: /s/ Andrew J. Shapren