# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

Case Nos. 23-1027 & 23-1127

---

ALLSTATE LIFE INSURANCE COMPANY,

Plaintiff – Appellee / Counter-Appellant,

v.

JEFFREY STILLWELL, STILLWELL FINANCIAL ADVISORS, LLC, and THERESA FRANCY

Defendants – Appellants / Counter-Appellee.

---

On Appeal From An Order Of The
United States District Court, District Of New Jersey

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S/COUNTER-APPELLANT'S PRINCIPAL AND RESPONSE BRIEF**

---

**Plaintiff – Appellee / Counter – Appellant**
By Their Attorney,

_____/s/ J. Scott Humphrey_____
J. Scott Humphrey
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 S. Wacker Dr., Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312-212-4949
shumphrey@beneschlaw.com

**Dated: July 17, 2023**

Plaintiff-Appellee/Counter-Appellant Allstate Life Insurance Company ("Allstate") respectfully moves pursuant to Fed. R. App. P. 26(b) and Local Appellate Rule 31.4 for an adjustment to the briefing schedule.

Specifically, Allstate requests a 29-day extension of time within which to file its second-step principal and response brief to Appellants'/Cross-Appellee's principal brief. To date, the total number of days of extension granted to Allstate in this appeal is 0. If the Court grants this motion, the time for filing Allstate's response brief would be extended from July 20, 2023 to August 18, 2023. Allstate respectfully submits that there is good cause for this extension due to counsel's other significant time commitments and the lengthy record filed in this matter. In addition, no prejudice will occur to the Court or any Party if the Court grants a 29-day extension.

The parties have met and conferred regarding the requested extension, which is not opposed by Appellants/Cross-Appellees Jeffrey Stillwell, Stillwell Financial Advisors, LLC, and Theresa Francy ("Appellants"), on the condition that Appellants be granted a corresponding extension for filing their third-step brief from August 21, 2023 to October 16, 2023, so as to not impact their pre-planned vacations and professional obligations and to ensure that Appellants have the same amount of time to file their third-step brief as Allstate has to file its second-step

1

brief. To date, the total number of days of extension granted to Appellants in this appeal is 0. Allstate has no objection to this extension.

Therefore, Allstate respectfully requests that this Court grant the motion for an adjustment to the briefing schedule by extending the deadline for the filing of: (1) Allstate's second-step principal and response brief by 29 days, from July 20, 2023 to August 18, 2023; and (2) Appellants' third-step response and reply brief by 56 days from August 21, 2023 to October 16, 2023.

**Date: July 17, 2023**

**Respectfully submitted,**
**Plaintiff – Appellee / Counter – Appellant**
**Allstate Insurance Company,**

　　　/s/ J. Scott Humphrey
J. Scott Humphrey
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 S. Wacker Dr., Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312-212-4949
shumphrey@beneschlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this July 17, 2023, I electronically filed the foregoing document with the United States Court of Appeals for the Third Circuit by using

the CM/ECF system. I certify that all counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

/s/ J. Scott Humphrey
J. Scott Humphrey

*Attorney for Plaintiff-Appellee/Counter-Appellant Allstate Life Insurance Company*
