# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

Case Nos. 23-1027 & 23-1127

ALLSTATE LIFE INSURANCE COMPANY,

Plaintiff – Appellee / Counter-Appellant,

v.

JEFFREY STILLWELL, STILLWELL FINANCIAL ADVISORS, LLC, and THERESA FRANCY

Defendants – Appellants / Counter-Appellee.

On Appeal From An Order Of The
United States District Court, District Of New Jersey

## APPELLEE'S REQUEST FOR ORAL ARGUMENT

**Plaintiff – Appellee / Counter – Appellant**
By Its Attorney,

*/s/ J. Scott Humphrey*
J. Scott Humphrey
Katie M. Burnett
Sammi H. Roth
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 S. Wacker Dr., Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312-212-4949
shumphrey@beneschlaw.com
kburnett@beneschlaw.com
sroth@beneschlaw.com

## STATEMENT OF REASONS FOR ORAL ARGUMENT PURSUANT TO F.R.A.P. 24 AND LAR 34.1(b)

Pursuant to Fed. R. App. P. 34(a) and 3d Cir. L.A.R. 34.1, Appellee Allstate Life Insurance Company ("Allstate"), by and through its undersigned attorneys, respectfully request that the Court schedule Oral Argument in this appeal and allow for 15 minutes of argument time for each side.

Pursuant to 3d Cir. L.A.R. 34.1(b), "[a]ny party to the appeal" may "file a statement with the court setting forth the reasons why, in the party's opinion, oral argument should be heard" within seven days after the filing of appellee's or respondent's brief. Appellee's brief was filed on August 18, 2023. Therefore, Appellants' request for oral argument is timely and appropriately considered by the Court at this time.

Pursuant to 3d Cir. L.A.R. 34.1(a), "[t]he court will allow oral argument" unless the panel "is unanimously of the opinion that oral argument is not needed." Appellants respectfully submit that oral argument is appropriate and will assist the Court in this case, which involves an extensive procedural history and record and cross-appeals of multiple orders raising numerous interrelated and complex issues of fact and law.

Therefore, Appellees' request that the Court grant Appellees' request for oral argument, allowing each party to this appeal 15 minutes of oral argument, inclusive of rebuttal time

Dated: August 25, 2023 /s/ J. Scott Humphrey
J. Scott Humphrey

*One of the Attorneys for Allstate Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this August 25, 2023, I electronically filed the foregoing document with the United States Court of Appeals for the Third Circuit by using the CM/ECF system. I certify that all counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

                                                         /s/ J. Scott Humphrey
                                                          J. Scott Humphrey

                                                         *Attorney for Plaintiff-Appellee/Counter-*
                                                         *Appellant Allstate Life Insurance Company*