# United States Court of Appeals
*for the*
# Third Circuit

Case Nos. 23-1027, 23-1127

ALLSTATE LIFE INSURANCE CO,

*Plaintiff-Appellee-Cross-Appellant*,

– v. –

JEFFREY STILLWELL; STILLWELL FINANCIAL ADVISORS, LLC; THERESA FRANCY,

*Defendants-Appellants-Cross-Appellees.*

ON APPEAL FROM THE ORDERS OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY IN CASE NO. 3:15-CV-08251 HONORABLE ANNE E. THOMPSON, U.S. DISTRICT JUDGE AND HONORABLE FREDA L. WOLFSON, U.S. DISTRICT JUDGE.

**JOINT MOTION FOR EXTENSION OF REMAINDER OF BRIEFING SCHEDULE PENDING MEDIATION**

ANDREW J. SHAPREN
ANNE E. KOZUL
BUCHANAN INGERSOLL & ROONEY P.C.
*Attorneys for Defendants-Appellants-Cross-Appellees*
50 South 16th Street
Two Liberty Place, Suite 3200
Philadelphia, Pennsylvania 19102
Telephone: (215) 665-8700
andrew.shapren@bipc.com
anne.kozul@bipc.com

J. SCOTT HUMPHREY
BENESCH, FRIEDLANDER, COPLAN, & ARONOFF LLP
*Attorneys for Plaintiff–Appellee-Counter–Appellant*
71 S. Wacker Dr., Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312-212-4949
shumphrey@beneschlaw.com

The Parties hereby jointly move pursuant to Fed. R. App. P. 26(b) and Local Appellate Rule 31.4 to extend the remainder of the current briefing schedule in this matter until after the parties have engaged in a mediation recently scheduled to occur on November 30, 2023.

Defendants/Appellants/Cross-Appellees Jeffrey Stillwell, Stillwell Financial Advisors, LLC, and Theresa Francy ("Appellants") filed their First-Step Brief and the Joint Appendix on June 20, 2023. Plaintiff/Appellee/Cross-Appellant Allstate Life Insurance Company's ("ALIC") filed its Second-Step Brief on August 18, 2023. Under the current briefing schedule, Appellants' Third-Step Brief is scheduled to be filed by October 16, 2023. ALIC's Fourth-Step Brief is scheduled to be filed within twenty-one days of the Third-Step Brief (November 6, 2023).

The parties have recently agreed to participate in a scheduled mediation conference on November 30, 2023. Accordingly, the parties jointly request to extend the briefing schedule in order to extend the current deadlines until after November 30, 2023. The requested extension is essential as it will permit the parties to participate in the scheduled mediation conference without incurring the additional significant fees and costs which would be involved in submitting the remaining briefs prior to the scheduled mediation.

Notably, this Court has previously granted both sides extensions in this matter, having granted ALIC's unopposed motion for a twenty-nine-day extension

to file its Second-Step Brief and having granted the parties' joint motion to extend the deadline for Appellants to file their Third-Step Brief by twenty-eight days. As the parties have only recently agreed to participate in the mediation conference set for November 30, 2023, the good cause on which this current joint motion is based did not exist earlier and could not have been communicated to this Court earlier.

Therefore, the Parties respectfully request that this Court extend the current briefing schedule until after the November 30, 2023 mediation and Order that the deadline for the filing of Appellants' Third-Step Brief shall be extended to **December 21, 2023** and that the deadline for the filing of ALIC's final Reply Brief shall be extended to **January 18, 2024**.

Dated: October 2, 2023

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY P.C.

/s/ *Andrew J. Shapren*
Andrew J. Shapren
Anne E. Kozul
50 South 16th Street
Two Liberty Place, Suite 3200
Philadelphia, PA 19102
Telephone: (215) 665-8700
Email: andrew.shapren@bipc.com

*Attorneys for Defendants-Appellants-Cross-Appellees*

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

*/s/ J. Scott Humphrey*
J. Scott Humphrey
71 S. Wacker Dr., Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312-212-4949
shumphrey@beneschlaw.com

*Attorneys for Plaintiff-Appellee/Counter – Appellant*

## CERTIFICATE OF FILING AND SERVICE

I certify that on this 2nd day of October 2023, the foregoing Joint Motion for Extension of Remainder of Briefing Schedule Pending Mediation was filed through the CM/ECF system and served on counsel of record for all parties through the CM/ECF system.

Dated: October 2, 2023

By: /s/ *Andrew J. Shapren*
Andrew J. Shapren, Esq.