# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

Case Nos. 23-1027 & 23-1127

---

ALLSTATE LIFE INSURANCE COMPANY,

Plaintiff – Appellee / Counter-Appellant,

v.

JEFFREY STILLWELL, STILLWELL FINANCIAL ADVISORS, LLC, and THERESA FRANCY

Defendants – Appellants / Counter-Appellee.

---

On Appeal From An Order Of The United States District Court,
District Of New Jersey (Case No. 3:15-cv-08251)

---

## RENEWED JOINT MOTION FOR EXTENSION OF REMAINDER OF BRIEFING SCHEDULE PENDING MEDIATION

---

| | |
|---|---|
| Andrew J. Shapren | J. Scott Humphrey |
| Anne E. Kozul | Katie M. Burnett |
| **BUCHANAN INGERSOLL & ROONEY P.C.** | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |
| *Attorneys for Defendants-Appellants-Cross-Appellees* | *Attorneys for Plaintiff-Appellee-Counter-Appellant* |
| 50 South 16th Street | 71 S. Wacker Dr., Suite 1600 |
| Two Liberty Place, Suite 3200 | Chicago, Illinois 60606-4637 |
| Philadelphia, Pennsylvania 19102 | Telephone: 312-212-4949 |
| Telephone: (215) 665-8700 | shumphrey@beneschlaw.com |
| Andrew.shapren@bipc.com | kburnett@beneschlaw.com |
| Anne.kozul @bipc.com | |

Defendants/Appellants/Cross-Appellees Jeffrey Stillwell, Stillwell Financial Advisors, LLC, and Theresa Francy ("Appellants") and Plaintiff/Appellee/Cross-Appellant Allstate Life Insurance Company's ("ALIC") (collectively, the "Parties") hereby jointly renew their previously filed motion to extend the remainder of the current briefing schedule in this matter until after the Parties' scheduled mediation:

Pursuant to the Parties' October 2, 2023 Joint Motion for Extension of Remainder of Briefing Schedule Pending Mediation (Dkt. 41), the Parties scheduled a mediation for November 30, 2023. The scheduled mediation overlapped with the remaining briefing schedule, and accordingly, the Court extended the deadlines for the Third-Step and Fourth-Step Briefs. Specifically, on October 19, 2023, the Court ordered that the Appellants' Third-Step Brief must be filed and served on or before December 21, 2023. (Dkt. 42.) The Court also ordered that Appellee's Fourth-Step Brief be filed and served on or before January 18, 2024. (*Id.*) Further, the Court stated that "the parties may renew the motion for extension of time provided that any subsequent motion set forth the progress of the mediation proceedings." (*Id.*)

Due to an unforeseen scheduling conflict, the Parties' November 30, 2023 mediation has been rescheduled to January 19, 2024. January 19, 2024 is the earliest possible date for the mediation in light of the Parties' and counsel's schedules, the upcoming holidays, and the mediator's availability. Consequently, the Parties jointly request that this Court continue the December 21, 2023 deadline for the

Third-Step brief to February 23, 2024. The Parties further request that this Court continue the January 18, 2024 deadline for the Fourth-Step brief to March 22, 2024.

Good cause exists for this extension. The Parties only recently learned that the mediation was to be rescheduled to January 19, 2024, and the Parties' extension is intended to preserve the resources of the Court and the Parties. The Parties will also keep this Court informed of all material developments in their discussions, including but not limited to, material developments that occur at the scheduled mediation.

For these reasons, the Parties respectfully request that this Court extend the current briefing schedule until after the January 19, 2024 mediation and Order that the deadline for filing of Appellants' Third-Step Brief shall be extended to February 23, 2024 and that the deadline for the filing of Appellee's Fourth-Step Brief shall be extended to March 22, 2024.

[*REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK*]

23489054 v2

| | |
|---|---|
| Dated: November 30, 2023 | Respectfully submitted,<br><br>BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP<br><br>By */s/ J. Scott Humphrey*<br>J. Scott Humphrey<br>Katie M. Burnett<br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br>71 S. Wacker Dr., Suite 1600<br>Chicago, Illinois 60606-4637<br>Telephone: 312-212-4949<br>shumphrey@beneschlaw.com<br>kburnett@beneschlaw.com<br><br>*Attorneys for Plaintiff-Appellee-Counter-Appellant* |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on November 30, 2023, the undersigned caused a true and correct copy of the foregoing **Renewed Joint Motion for Extension of Remainder of Briefing Schedule Pending Mediation** to be filed electronically using the CM/ECF system and to be served upon all parties via the Court's CM/ECF system.

*/s/ J. Scott Humphrey*
J. Scott Humphrey

23489054 v2